UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| LENARD HARRIS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CV408-002 |
| STATE OF GEORGIA, | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Lenard Harris has filed yet another petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] (Doc. 1.) As before, he presents no factual allegations for consideration by the Court. See Harris v. St. Lawrence, No. 406cv158 (S.D. Ga. Aug. 29, 2006) (dismissed for failure to provide facts supporting his grounds for relief); Harris v. St. Lawrence, No. 406cv173 (S.D. Ga. Oct. 16, 2006) (same). The petition is so devoid of any facts that the Court cannot comprehend any possible challenge to

---

[1] This is the fifth § 2254 petition filed by petitioner since 2005. All of his prior petitions were dismissed by this Court. Harris v. St. Lawrence, No. 405cv152 (S.D. Ga. Oct. 4, 2005); Harris v. St. Lawrence, No. 406cv158 (S.D. Ga. Aug. 29, 2006); Harris v. St. Lawrence, No. 406cv173 (S.D. Ga. Oct. 16, 2006); Harris v. Sheriff, No. 407cv053 (S.D. Ga. Oct. 1, 2007).

his sentence or evaluate whether the petition has any conceivable merit.[2] Thus, this petition should be **DISMISSED** without prejudice. See Blackledge v. Allison, 431 U.S. 63, 75 n. 7 (1977) (noting that notice pleading is not sufficient for habeas petitions) (citing Advisory Committee Note to Rule 4, Rules Governing Habeas Corpus Cases); Beard v. Clarke, 18 F. App'x 530, 531-32 (9th Cir. 2001) (affirming dismissal of habeas petition where conclusory allegations unsupported by any facts); Rules Governing § 2254 Cases, Rule 2(c) (requiring petitioner to state "facts supporting each ground" and "relief requested"); id., Rule 4 ("If it plainly appears from the petition . . . that the petitioner is not entitled to relief . . . the judge must dismiss the petition . . . .").

**SO REPORTED AND RECOMMENDED** this _____ day of January, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**

---

[2] Petitioner has blatantly ignored the clear instructions on his § 2254 form petition, which emphasizes: "Summarize briefly the facts supporting each ground." (Doc. 1 at 5 (emphasis in original).)